IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
|---|---|---|
| Charles H. and Sheryl L. Staehly | : | Chapter 13 |
| | : | |
| Debtors | : | Case No.: 18-17635 |

ORDER

AND NOW, this  11th  day of  March , 2019, it is hereby Ordered that the Bankruptcy Case of Charles H. and Sheryl L. Staehly is hereby Voluntarily Dismissed.

~~FURTHER ORDERED~~:

_____
Judge Jean K. FitzSimon    jkx